GRAND ALLEN HOLDING CORPORATION, Respondent, *v.*
M. & S. CIRCUIT, INC., Appellant.

(Submitted December 9, 1932; decided January 10, 1933.)

*Bernard Fliashnick* for appellant.

*Joseph A. Seidman* and *Albert G. Seidman* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.